THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. CANTINERI, Appellant. [946 NYS2d 522]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Steuben County Court, Joseph William Latham, J.—Criminal Possession of a Controlled Substance, 5th Degree.) Present—Scudder, P.J., Centra, Fahey, Peradotto and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID GARCIA, Appellant, v MARK BRADT, Superintendent, Attica Correctional Facility, Respondent. [945 NYS2d 919]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Wyoming County, Mark H. Dadd, A.J.—Habeas Corpus.) Present—Scudder, P.J., Centra, Fahey, Peradotto and Sconiers, JJ.